FILED
DEC 2 1 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

TIMOTHY M. BURGESS
United States Attorney

J. THOMAS BARTLESON
Special Assistant U.S. Attorney
101 12th Avenue
Box 2, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6554/6500
Fax:(907)353-6501

Attorneys for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>**Susan M. Montalbano,**<br><br>　　　Defendant | Case Number F05 0047 CR<br><br>**COUNT I**<br>Assaults within maritime or territorial jurisdiction<br>(Class B Misdemeanor)<br>Violation of 18 U.S.C. § 113<br><br>**INFORMATION** |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I

That on or about 28 July 2005, on Fort Wainwright, Alaska, a military reservation acquired for the use of the United States and under the concurrent jurisdiction thereof, in the District of Alaska, the defendant, Susan M. Montalbano, did assault Lindsey J. Rose with a closed hand on the face, in violation of 18 U.S.C. § 113.

Page 1



Dated this 21st day of December 2005, at Fairbanks, Alaska.

Respectfully submitted,

TIMOTHY M. BURGESS
United States Attorney

J. THOMAS BARTLESON
Special Assistant U.S Attorney