AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: F05-0047CR(TWH) |
| SUSAN M. MONTALBANO | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 456-0266 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| U.S. Courthouse<br>101 12th Avenue<br>Fairbanks, Alaska 99701-6283 | Courtroom #2<br>Room 326 |
| Before: TERRANCE W. HALL, U.S. MAGISTRATE JUDGE | Date and Time<br>10:00 A.M. February 16, 2006 |

To answer a(n)
[] Indictment  [X] Information  [] Complaint  [] Violation Notice  [] Probation Violation Petition

Charging you with a violation of:

Title 18 United States Code, Section(s) 113

Brief description of offense:

       Count 1:  Assault within maritime and territorial jurisdiction

| Ida Romack, Clerk of Court | December 30, 2005 Fairbanks, Alaska |
|---|---|
| Signature of Issuing Officer | Date and Location |
| by _[signature]_  Deputy Clerk | |
| Name and Title of Issuing Officer | |

NOTICE: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501. Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date  1-10-2006

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Fairbanks, AK.

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 1-10-2006    *Randy Johnson*
Date                      Name of United States Marshal

                          *Holland N. Howe*
                          (by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.