MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs __SUSAN M. MONTALBANO__   CASE NO. __4:05-CR-0047-TWH__
Defendant: _X_ Present   ___ On Summons ___ In Custody

BEFORE THE HONORABLE   __TERRANCE W. HALL__

DEPUTY CLERK/RECORDER:   __MISTY DAVENPORT__

UNITED STATES ATTORNEY:   __J. THOMAS BARTLESON__

DEFENDANT'S ATTORNEY:   __M.J. HADEN__

U.S.P.O.:   __NO PROBATION OFFICER ATTENDING__

PROCEEDINGS: ARRAIGNMENT   Held: 02-16-06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:01 a.m. court convened.

_X_ Copy of Inf/Ind/Cmplt given to defendant: (read)(waived reading).

_X_ Defendant sworn.

_X_ Waived full advisement.

_X_ Defendant advised of charges and penalties.

_X_ Defendant states true name: __SUSAN M. MONTALBANO__

_X_ Financial Affidavit filed.
   _X_ Federal Public Defender accepted appointment.

_X_ PLEA(S) Not Guilty to Counts __1 of Information__

_X_ Conditions of Release filed.

_X_ Pretrial motions due __March 9, 2006__

_X_ Counsel advised of trial date: __April 13, 2006 @ 9:30 a.m.__

At 10:27 a.m. court adjourned.

DATE: __02-17-06__        DEPUTY CLERK'S INITIALS: __MLD__