M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>SUSAN M. MONTALBANO,<br><br>           Defendant. | Case No. 4:05-cr-0047-TWH<br><br>**MOTION ON SHORTENED TIME TO CONTINUE PRETRIAL MOTIONS DEADLINE** |

      Defendant, Susan M. Montalbano, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to continue the pretrial motions deadline in the above-styled case.  The pretrial motions deadline is currently scheduled for Thursday, March 9, 2006.  Discovery was due on February 27, 2006.  To date, Ms. Montalbano has received no discovery from the government.  Ms. Montalbano requests an additional two weeks to allow for the receipt and review of the discovery in her case in order for her to prepare pretrial motions.

      The government attorney was unavailable for comment regarding this motion.

DATED this 7th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on March 7, 2006, a copy of the foregoing document, with attachments, was served electronically on:

J. Thomas Bartleson, Esq.

/s/ M. J. Haden