UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>SUSAN M. MONTALBANO,<br><br>            Defendant. | Case No. 4:05-cr-0047-TWH<br><br>**PROPOSED<br>ORDER CONTINUING PRETRIAL<br>MOTIONS DEADLINE** |

After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

After due consideration of defendant's Motion to Continue Pretrial Motions Deadline, the court GRANTS/DENIES the motion.  The pretrial motions deadline of March 9, 2006, is now vacated.  The pretrial motions deadline is re-set for Thursday, March 23, 2006.

DATED March ____, 2006, in Fairbanks, Alaska.

_____
Terrance W. Hall
United States Magistrate Judge