M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>SUSAN M. MONTALBANO,<br><br>          Defendant. | Case No. 4:05-cr-0047-TWH<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

Defendant, Susan M. Montalbano, by and through counsel M. J. Haden, Staff Attorney, submits the following sentencing memorandum to aid the court at the imposition of sentence hearing scheduled for July 20, 2006. Ms. Montalbano will be asking the court to sentence her to a year of probation with the special condition that she participate in mental health counseling, a reasonable fine, and a $25 special assessment.

I.  **Procedural Background**

As this court was the trial court in this case, it is well aware of the facts and circumstances surrounding Ms. Montalbano's conviction. As the court will recall, at no time did Ms. Montalbano deny that she assaulted the victim in this case. She readily admitted

that there was an altercation and during the altercation she struck Ms. Rose. Ms. Montalbano believed that her actions were justified under the theory of self-defense.

After hearing the evidence, this court agreed that Ms. Montalbano had indeed acted in self-defense; however, her actions in responding to the initial aggression were excessive. Thus, this court found her guilty of assault by striking, a Class B misdemeanor.

## II.     Personal History of Susie Montalbano

Ms. Montalbano is a 39 year old woman married to a military service member presently deployed to Iraq. She has no prior criminal history and no history of violence. As the PSR indicates, Ms. Montalbano has taken numerous steps throughout the years to better herself.

Ms. Montalbano's adult life started out rocky. At the age of 17 she left school to marry her first husband. The relationship was an abusive one, both physically and emotionally. After several years of turmoil and upheaval, Ms. Montalbano found the courage to leave. She also assisted law enforcement with a sting operation resulting in her ex-husband being charged with Possession with Intent to Distribute a Controlled Substance. Since leaving her first husband, Ms. Montalbano's life has been on the upswing.

In 1996, Ms. Montalbano moved to Alaska. Soon after her arrival, she began work with Spenard Builders where she remains employed to this day. As the court can see from the attached commendations, Ms. Montalbano is a valued employee. Exhibit A. Throughout her 10 years of employment she has received numerous customer comments praising her courteous service manner, her knowledge of the products, and her ability to

be helpful. Ms. Montalbano exhibits a strong work ethic and a willingness to take the initiative to continue to improve her skills. Her work record shows that she is a responsible individual and able to handle the stress that management brings.

Ms. Montalbano also has demonstrated her ability to be compassionate and caring to others. In 2004, her mother and father divorced following 41 years of marriage. Her father, already suffering from poor health, was emotionally devastated. Ms. Montalbano took her father into her home and has continued to care for him to this day. Her father describes Ms. Montalbano and her husband as being "caring, loving and respectful" individuals. Also during the trial, this court heard from three character witnesses that knew Ms. Montalbano in both personal and professional settings. All testified that she is a peaceful, caring person.

Most recently, Ms. Montalbano's concern for others was recognized by the Battalion Commander awarding her a Certificate of Appreciation for her support and work with the Family Readiness Groups. Exhibit C.

### III. Proposed Sentence

It is evident in reviewing Ms. Montalbano's life that the events of July 28, 2005, were completely and utterly out of character. As the government pointed out during the trial, it was an extremely emotional day as Ms. Montalbano prepared for her husband to be deployed to war for the first time. She made bad choices. Immature choices. Choices that are inconsistent with the way she has lived her life. She has sought to make sure that she does not allow her emotions to overcome her better judgment in the future. Following her trial, Ms. Montalbano enrolled in a defensive driving class. She also

participated in an anger management course sponsored by the National Mental Health Association. Exhibit B. She is prepared to participate in further counseling.

Given the facts as presented to the court during the trial, Ms. Montalbano's excellent employment history, her lack of criminal history, her compassion and caring for others, her contributions to other military families, and her eagerness to seek treatment, Ms. Montalbano respectfully requests that the court sentence her to one year of probation with the special condition of mental health counseling, a reasonable fine, and a $25 special assessment.

DATED this 14th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 14, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Eve Zamora, Esq.

and via facsimile on:

United States Probation/Pretrial Services
(907) 456-0293

/s/ M. J. Haden