✗ At Spenard Builders Supply our goal is to provide you with the best in service, quality, selection and value every time you visit one of our stores. The measure of our success is your satisfaction which makes your feedback very important to us.

We are committed to giving you "what it takes to get **your** job done" so your suggestions for improvement are always welcome. Since living up to this commitment depends upon our people, we also appreciate hearing from you regarding their individual efforts.

Please take a few moments to complete and return this postage paid reply card. We welcome your comments and appreciate your business.

Thank you!

*Ed Waite*

**Ed Waite**
President

## NAME & ADDRESS

Your name and address are optional, but they will allow us to give a personal response to your comments when it is appropriate:

NAME: EDEE GAIL

ADDRESS: 1100 HAYES AVE.

CITY: FAIRBANKS STATE: AK ZIP:

TELEPHONE:

STORE LOCATION: _____

DATE: 7-1-06 ____ TIME: _____

## HOW DO WE MEASURE UP?

**PLEASE CHECK ONE:**

|  | YES | NO |
|---|---|---|
| Were you greeted when you entered the store? | ☐ | ☑ |
| Were you able to easily identify our employees? | ☑ | ☐ |
| Did you receive assistance when you needed it? | ☑ | ☐ |
| Did we have the products you needed? | ☐ | ☐ |
| Did our product quality meet your expectations? | ☐ | ☑ |
| Did we offer the services you needed? | ☐ | ☑ |
| Did we thank you for your business? | ☐ | ☐ |
| Will you continue to shop at SBS? | ☑ | ☐ |

*nuts seemed expensive → Did n't buy one*

## PLEASE RATE US ON THE FOLLOWING:

|  | EXCELLENT | GOOD | FAIR | POOR |
|---|---|---|---|---|
| Appearance of employees | ☑ | ☐ | ☐ | ☐ |
| Politeness & helpfulness of employees | ☑ | ☐ | ☐ | ☐ |
| Knowledge level of employees | ☑ | ☐ | ☐ | ☐ |
| Cleanliness/Appearance of store | ☐ | ☑ | ☐ | ☐ |

## SUGGESTIONS/COMMENTS:

Let it be known that one of the big reasons I come to Spenard's is because of Susie — she is professional upbeat and generous in customer service. Having a female in the center of the store fielding questions as she easily does is a path in Spenard's CAP! Thank her —



# spenard builders supply

May 20, 1996

Dear Susie,

I recently received the attached note from a customer about the service you provided for him in the Fairbanks store. I called Ray Foster to follow-up and he explained that you had taken it upon yourself to greet customers and provide them with assistance on the sales floor in addition to your normal duties.

It was a real pleasure to listen to Ray talk about what you're doing, and even more pleasing to read and hear about the positive comments we've received from customers as a result. You have certainly succeeded in exceeding our customers' expectations and may have opened the door to an opportunity for broader and longer-term improvement in the way we do business.

To recognize your initiative and exceptional customer service efforts, I have included a small token of our appreciation. I hope it serves as a reminder to you of how pleased we are to have you as a part of the SBS team.

Keep up the great work!

Sincerely,

SPENARD BUILDERS SUPPLY, INC.

Michael R. Morehouse
President

cc: Ray Foster
    Personnel file

840 "K" Street, Suite 200, Anchorage Alaska 99501

At Spenard Builders Supply our goal is to provide you with the best in service, quality, selection and value every time you visit one of our stores. The measure of our success is your satisfaction which makes your feedback very important to us.

We are committed to giving you "what it takes to get **your** job done" so your suggestions for improvement are always welcome. Since living up to this commitment depends upon our people, we also appreciate hearing from you regarding their individual efforts.

Please take a few moments to complete and return this postage paid reply card. We welcome your comments and appreciate your business.

**Thank you!**

*Ed Waite*

**Ed Waite**
President

## NAME & ADDRESS

Your name and address are optional, but they will allow us to give a personal response to your comments when it is appropriate:

NAME: _Doug Weaver_

ADDRESS: _270 Tonade Rd_

CITY: _Fbk_    STATE _Ak_ ZIP_99712_

TELEPHONE: _458-7448_

STORE LOCATION: _____

DATE: _8/6/05_    TIME: _____

## HOW DO WE MEASURE UP?

**PLEASE CHECK ONE:**

|  | YES | NO |
|---|---|---|
| Were you greeted when you entered the store? | ☐ | ☐ |
| Were you able to easily identify our employees? | ☐ | ☐ |
| Did you receive assistance when you needed it? | ☐ | ☐ |
| Did we have the products you needed? | ☐ | ☐ |
| Did our product quality meet your expectations? | ☐ | ☐ |
| Did we offer the services you needed? | ☐ | ☐ |
| Did we thank you for your business? | ☐ | ☐ |
| Will you continue to shop at SBS? | ☐ | ☐ |

**PLEASE RATE US ON THE FOLLOWING:**

|  | EXCELLENT | GOOD | FAIR | POOR |
|---|---|---|---|---|
| Appearance of employees | ☐ | ☐ | ☐ | ☐ |
| Politeness & helpfulness of employees | ☐ | ☐ | ☐ | ☐ |
| Knowledge level of employees | ☐ | ☐ | ☐ | ☐ |
| Cleanliness/Appearance of store | ☐ | ☐ | ☐ | ☐ |

## SUGGESTIONS/COMMENTS:

_Susie in Paint Rocks! Almost makes painting fun. (I hate painting)_

✓

At Spenard Builders Supply our goal is to provide you with the best in service, quality, selection and value every time you visit one of our stores. The measure of our success is your satisfaction which makes your feed-back very important to us.

We are committed to giving you "what it takes to get **your** job done" so your suggestions for improvement are always welcome. Since living up to this commitment depends upon our people, we also appreciate hearing from you regarding their individual efforts.

Please take a few moments to com-plete and return this postage paid reply card. We welcome your comments and appreciate your business.

**Thank you!**

*Ed Waite*

**Ed Waite**
President

## NAME & ADDRESS

Your name and address are optional, but they will allow us to give a personal response to your comments when it is appropriate:

NAME: D Watson

ADDRESS: 2025 JACK

CITY: FBKS  STATE:____ ZIP:____

TELEPHONE:_____

---

STORE LOCATION: FBKS

DATE: 5-18-05  TIME: 1200

## HOW DO WE MEASURE UP?

**PLEASE CHECK ONE:**

| | YES | NO |
|---|---|---|
| Were you greeted when you entered the store? | ☑ | ☐ |
| Were you able to easily identify our employees? | ☑ | ☐ |
| Did you receive assistance when you needed it? | ☑ | ☐ |
| Did we have the products you needed? | ☑ | ☐ |
| Did our product quality meet your expectations? | ☑ | ☐ |
| Did we offer the services you needed? | ☑ | ☐ |
| Did we thank you for your business? | ☑ | ☐ |
| Will you continue to shop at SBS? | ☑ | ☐ |

**PLEASE RATE US ON THE FOLLOWING:**

| | EXCELLENT | GOOD | FAIR | POOR |
|---|---|---|---|---|
| Appearance of employees | ☐ | ☐ | ☐ | ☐ |
| Politeness & helpfulness of employees | | ☐ | ☐ | ☐ |
| Knowledge level of employees | | ☐ | ☐ | ☐ |
| Cleanliness/Appearance of store | | ☐ | ☐ | ☐ |

## SUGGESTIONS/COMMENTS:

Susie — Jerry
Ute

TK,

Susie Montalbano
Ute Murphy
Jerry Robertson

---

goal is to provide you with the best in service, quality, selection and value every time you visit one of our stores. The measure of our success is your satisfaction which makes your feedback very important to us.

We are committed to giving you "what it takes to get **your** job done" so your suggestions for improvement are always welcome. Since living up to this commitment depends upon our people, we also appreciate hearing from you regarding their individual efforts.

Please take a few moments to complete and return this postage paid reply card. We welcome your comments and appreciate your business.

**Thank you!**

*Ed Waite*

**Ed Waite**
President

## NAME & ADDRESS

Your name and address are optional, but they will allow us to give a personal response to your comments when it is appropriate:

NAME: Travis Johnson

ADDRESS: 1301 Overhill Dr.

CITY: Fairbanks   STATE: AK   ZIP: 99709

TELEPHONE: (907) 460-1456

STORE LOCATION: Fairbanks

DATE: 12-28-04    TIME: 3:30

## HOW DO WE MEASURE UP?

**PLEASE CHECK ONE:**

|  | YES | NO |
|---|---|---|
| Were you greeted when you entered the store? | ☒ | ☐ |
| Were you able to easily identify our employees? | ☒ | ☐ |
| Did you receive assistance when you needed it? | ☒ | ☐ |
| Did we have the products you needed? | ☒ | ☐ |
| Did our product quality meet your expectations? | ☒ | ☐ |
| Did we offer the services you needed? | ☒ | ☐ |
| Did we thank you for your business? | ☒ | ☐ |
| Will you continue to shop at SBS? | ☒ | ☐ |

**PLEASE RATE US ON THE FOLLOWING:**

|  | EXCELLENT | GOOD | FAIR | POOR |
|---|---|---|---|---|
| Appearance of employees | ☒ | ☐ | ☐ | ☐ |
| Politeness & helpfulness of employees | ☒ | ☐ | ☐ | ☐ |
| Knowledge level of employees | ☒ | ☐ | ☐ | ☐ |
| Cleanliness/Appearance of store | ☒ | ☐ | ☐ | ☐ |

## SUGGESTIONS/COMMENTS:

The employees at this store have treated me ~~so~~ so well during the construction of my house. They are always pleasant to talk to and help me with my needs. I have in the past and will continue to bring my business here. All I have to say is Thanks!

X  OTL

At Spenard Builders Supply our goal is to provide you with the best in service, quality, selection and value every time you visit one of our stores. The measure of our success is your satisfaction which makes your feedback very important to us.

' We are committed to giving you "what it takes to get **your** job done" so your suggestions for improvement are always welcome. Since living up to this commitment depends upon our people, we also appreciate hearing from you regarding their individual efforts.

Please take a few moments to complete and return this postage paid reply card. We welcome your comments and appreciate your business.

**Thank you!**

*Ed Waite*

**Ed Waite**
President

## NAME & ADDRESS

Your name and address are optional, but they will allow us to give a personal response to your comments when it is appropriate:

NAME: Paul Russell
ADDRESS: PO Box 72798
CITY: FBKS     STATE: AK   ZIP: 99707
TELEPHONE: 488-9396

STORE LOCATION: Fairbanks
DATE: 3-5-05   TIME: 1:00

## HOW DO WE MEASURE UP?

**PLEASE CHECK ONE:**

| | YES | NO |
|---|---|---|
| Were you greeted when you entered the store? | ☒ | ☐ |
| Were you able to easily identify our employees? | ☒ | ☐ |
| Did you receive assistance when you needed it? | ☒ | ☐ |
| Did we have the products you needed? | ☒ | ☐ |
| Did our product quality meet your expectations? | ☒ | ☐ |
| Did we offer the services you needed? | ☒ | ☐ |
| Did we thank you for your business? | ☒ | ☐ |
| Will you continue to shop at SBS? | ☒ | ☐ |

**PLEASE RATE US ON THE FOLLOWING:**

| | EXCELLENT | GOOD | FAIR | POOR |
|---|---|---|---|---|
| Appearance of employees | ☐ | ☐ | ☐ | ☐ |
| Politeness & helpfulness of employees | ☒ | ☐ | ☐ | ☐ |
| Knowledge level of employees | ☐ | ☒ | ☐ | ☐ |
| Cleanliness/Appearance of store | ☐ | ☒ | ☐ | ☐ |

## SUGGESTIONS/COMMENTS:

I would like to personally thank Suzie Montalbano for her quick knowledgeable help in blending a stain for a cabinet job. She didn't waste my time and Nailed the Custom stain the 1st time.

Thank you

Paul Russell

At Spenard Builders Supply our goal is to provide you with the best in service, quality, selection and value every time you visit one of our stores. The measure of our success is your satisfaction which makes your feedback very important to us.

We are committed to giving you "what it takes to get **your** job done" so your suggestions for improvement are always welcome. Since living up to this commitment depends upon our people, we also appreciate hearing from you regarding their individual efforts.

Please take a few moments to complete and return this postage paid reply card. We welcome your comments and appreciate your business.

**Thank you!**

*G E Waite*

G. E. Waite
President

## NAME & ADDRESS

Your name and address are optional, but they will allow us to give a personal response to your comments when it is appropriate:

NAME: _Tanana Chiefs Housing_

ADDRESS: _122 1st Ave Suite 600_

CITY: _Fairbanks_   STATE: _AK_ ZIP: _99701_

TELEPHONE: _452-8251  ext 3257_

STORE LOCATION: _Fairbanks_

DATE: _11-14-03_   TIME: _6:00 pm_

## HOW DO WE MEASURE UP?

**PLEASE CHECK ONE:**

|  | YES | NO |
|---|---|---|
| Were you greeted when you entered the store? | ☒ | ☐ |
| Were you able to easily identify our employees? | ☒ | ☐ |
| Did you receive assistance when you needed it? | ☒ | ☐ |
| Did we have the products you needed? | ☒ | ☐ |
| Did our product quality meet your expectations? | ☒ | ☐ |
| Did we offer the services you needed? | ☒ | ☐ |
| Did we thank you for your business? | ☒ | ☐ |
| Will you continue to shop at SBS? | ☒ | ☐ |

**PLEASE RATE US ON THE FOLLOWING:**

|  | EXCELLENT | GOOD | FAIR | POOR |
|---|---|---|---|---|
| Appearance of employees | ☐ | ☒ | ☐ | ☐ |
| Politeness & helpfulness of employees | ☒ | ☐ | ☐ | ☐ |
| Knowledge level of employees | ☒ | ☐ | ☐ | ☐ |
| Cleanliness/Appearance of store | ☐ | ☒ | ☐ | ☐ |

## SUGGESTIONS/COMMENTS:

I just wanted to comment on the outstanding customer service Susie Montalbano and John Hartman have given us so far for the 2003 building season. Their service definitely saved us time and makes our job much easier.

Thank You

Ed ✗

At Spenard Builders Supply our goal is to provide you with the best in service, quality, selection and value every time you visit one of our stores. The measure of our success is your satisfaction which makes your feedback very important to us.

We are committed to giving you "what it takes to get **your** job done" so your suggestions for improvement are always welcome. Since living up to this commitment depends upon our people, we also appreciate hearing from you regarding their individual efforts.

Please take a few moments to complete and return this postage paid reply card. We welcome your comments and appreciate your business.

**Thank you!**

g e waite

G. E. Waite
President

## NAME & ADDRESS

Your name and address are optional, but they will allow us to give a personal response to your comments when it is appropriate.

NAME: Jim & Kim Walmsley

ADDRESS: 111 Kody Dr

CITY: Fairbanks STATE: AK ZIP: 99701

TELEPHONE: 457-4517

---

STORE LOCATION: Fairbanks

DATE: October          TIME:

## HOW DO WE MEASURE UP?

**PLEASE CHECK ONE:**

|  | YES | NO |
|---|---|---|
| Were you greeted when you entered the store? | ☑ | ☐ |
| Were you able to easily identify our employees? | ☑ | ☐ |
| Did you receive assistance when you needed it? | ☑ | ☐ |
| Did we have the products you needed? | ☑ | ☐ |
| Did our product quality meet your expectations? | ☑ | ☐ |
| Did we offer the services you needed? | ☑ | ☐ |
| Did we thank you for your business? | ☑ | ☐ |
| Will you continue to shop at SBS? | ☑ | ☐ |

## PLEASE RATE US ON THE FOLLOWING:

|  | EXCELLENT | GOOD | FAIR | POOR |
|---|---|---|---|---|
| Appearance of employees | ☑ | ☐ | ☐ | ☐ |
| Politeness & helpfulness of employees | ☑ | ☐ | ☐ | ☐ |
| Knowledge level of employees | ☑ | ☐ | ☐ | ☐ |
| Cleanliness/Appearance of store | ☑ | ☐ | ☐ | ☐ |

## SUGGESTIONS/COMMENTS:

Susie MONTALBANO

Susie gave us exceptional service! We were only looking at the stain? Susie helped us decide what would work best. My plan was for some wood wainscoating but I wasn't pleased with my options - Susie helped me find the perfect wood paneling. This followed with paint - Again Susie went beyond customer service and helped me find the perfect color. Then the dreaded job of wall paper removing. Susie's advice - Wallpaper tiger - I never knew it existed - And that saved me many hours. The nails - the new saw blade for a perfect cut Susie didn't forget any details - this saved multiple trips to the store. Obviously Susie is well trained and knows her job. Please recinize her as she was Awesome!

Go Susie!

---

At Spenard Builders Supply our goal is to provide you with the best in service, quality, selection and value every time you visit one of our stores. The measure of our success is your satisfaction which makes your feedback very important to us.

We are committed to giving you "what it takes to get **your** job done" so your suggestions for improvement are always welcome. Since living up to this commitment depends upon our people, we also appreciate hearing from you regarding their individual efforts.

Please take a few moments to complete and return this postage paid reply card. We welcome your comments and appreciate your business.

**Thank you!**

*g e waite*

**G. E. Waite**
President

## NAME & ADDRESS

Your name and address are optional, but they will allow us to give a personal response to your comments when it is appropriate.

NAME: GREGORY S. BALVANZ

ADDRESS: 4119 - 8TH ST. #2

CITY: Ft. Wainwright STATE: AK ZIP: 99703

TELEPHONE: 907-356-9797

STORE LOCATION: Fairbanks

DATE: 8/5/03    TIME: 12:02

## HOW DO WE MEASURE UP?

### PLEASE CHECK ONE:

|  | YES | NO |
|---|---|---|
| Were you greeted when you entered the store? | ☐ | ☐ |
| Were you able to easily identify our employees? | ☐ | ☐ |
| Did you receive assistance when you needed it? | ☐ | ☐ |
| Did we have the products you needed? | ☐ | ☐ |
| Did our product quality meet your expectations? | ☐ | ☐ |
| Did we offer the services you needed? | ☐ | ☐ |
| Did we thank you for your business? | ☐ | ☐ |
| Will you continue to shop at SBS? | ☐ | ☐ |

### PLEASE RATE US ON THE FOLLOWING:

|  | EXCELLENT | GOOD | FAIR | POOR |
|---|---|---|---|---|
| Appearance of employees | ☐ | ☐ | ☐ | ☐ |
| Politeness & helpfulness of employees | ☐ | ☐ | ☐ | ☐ |
| Knowledge level of employees | ☐ | ☐ | ☐ | ☐ |
| Cleanliness/Appearance of store | ☐ | ☐ | ☐ | ☐ |

## SUGGESTIONS/COMMENTS:

Susie did a fantastic job great customer service she told me the DeWalt tool

At Spenard Builders Supply our goal is to provide you with the best in service, quality, selection and value every time you visit one of our stores. The measure of our success is your satisfaction which makes your feedback very important to us.

We are committed to giving you "what it takes to get **your** job done" so your suggestions for improvement are always welcome. Since living up to this commitment depends upon our people, we also appreciate hearing from you regarding their individual efforts.

Please take a few moments to complete and return this postage paid reply card. We welcome your comments and appreciate your business.

**Thank you!**

*g E Waite*

**G. E. Waite**
President

## NAME & ADDRESS

Your name and address are optional, but they will allow us to give a personal response to your comments when it is appropriate:

NAME: _Jean lester_

ADDRESS: _PO bx 33_

CITY: _Ester_    STATE: _AK_ ZIP: _99725_

TELEPHONE: _479-3759_

STORE LOCATION: _FBX_

DATE: _____ TIME: _____

## HOW DO WE MEASURE UP?

**PLEASE CHECK ONE:**

| | YES | NO |
|---|---|---|
| Were you greeted when you entered the store? | ❏ | ❏ |
| Were you able to easily identify our employees? | ❏ | ❏ |
| Did you receive assistance when you needed it? | ❏ | ❏ |
| Did we have the products you needed? | ❏ | ❏ |
| Did our product quality meet your expectations? | ❏ | ❏ |
| Did we offer the services you needed? | ❏ | ❏ |
| Did we thank you for your business? | ❏ | ❏ |
| Will you continue to shop at SBS? | ❏ | ❏ |

**PLEASE RATE US ON THE FOLLOWING:**

| | EXCELLENT | GOOD | FAIR | POOR |
|---|---|---|---|---|
| Appearance of employees | ❏ | ❏ | ❏ | ❏ |
| Politeness & helpfulness of employees | ❏ | ❏ | ❏ | ❏ |
| Knowledge level of employees | ❏ | ❏ | ❏ | ❏ |
| Cleanliness/Appearance of store | ❏ | ❏ | ❏ | ❏ |

## SUGGESTIONS/COMMENTS:

_Thank your for Suzi — she really understands colour._

# GREER

**Steel ■ Tanks ■ Welding**



To Whom It May Concern:

Last fall, late September or early October of '04, I came to the Fairbanks store to pick up approx. 2000LF of 2x6 TG in 16' lengths. As expected for the time of the season, a long line of trucks was built up and it appeared it would be the afternoon to get loaded. When I finally arrived at the yard area for help of course everyone was busy and the trucks still kept building up.
Out came Suzie, surely to do something other than load customers as she was dressed for the counter work. She sized up the situation, looked at my order and directed me to follow her. I assumed she would have someone help when she found the material. She knew exactly which nook in the yard this material was stored. Of course the 16' T&G was in an unopened bundle at the very top of the rack. She said she'd be right back. I thought she would send someone out with a forklift. Out she comes driving a forklift of proper size and plucks the bundle of T&G off the rack, safely and accurately. (I think I would have been scared to death to move it) Suzie lined up to my trailer and we simply slid the boards off. I was surprised she was so knowledgeable about the yard and equipment operations. I think she does SBS a great job. Thank you very much.

Also, I find Mary Ellen a great help and very knowledgeable at the counter. I've built 2 houses and 4 rental cabins this year in my spare time and have yet to stump her in any situation to date. She has had great suggestions and has known what I am looking for even if I have not.

Please call if you have any questions on these recommendations.

Mark E. Greer

General Manager
Greer Tank & Welding

**Anchorage, Alaska** P.O. Box 190708, 2921 International Airport Road, Anchorage, AK 99519 / 1-800-770-8265 / 907-243-2455 / fax 907-248-9212
**Fairbanks, Alaska** P.O. Box 71193, 3140 Lakeview Drive, Fairbanks, AK 99707 / 1-800-770-1711 / 907-452-1711 / fax 907-456-5808
**Lakewood, Washington** 3117 107th Street, Woodworth Industrial Park, Lakewood, WA 98499 / 1-800-725-8108 / 253-581-4100 / fax 253-581-4300
www.greertank.com

At Spenard Builders Supply our goal is to provide you with the best in service, quality, selection and value every time you visit one of our stores. The measure of our success is your satisfaction which makes your feedback very important to us.

We are committed to giving you "what it takes to get **your** job done" so your suggestions for improvement are always welcome. Since living up to this commitment depends upon our people, we also appreciate hearing from you regarding their individual efforts.

Please take a few moments to complete and return this postage paid reply card. We welcome your comments and appreciate your business.

**Thank you!**

*M.R. Mark*

**Michael R. Morehouse**
President

## NAME & ADDRESS

Your name and address are optional, but they will allow us to give a personal response to your comments when it is appropriate:

NAME: *Lyn Childress*

ADDRESS: *1002 W Chena Hills*
*Po Box 82075*

CITY: *FBX*  STATE: *AK* ZIP: *99208*

TELEPHONE: *479-4959*

---

Store Location: *FAIRBANKS*

Date: *June '97*  Time: _____

## HOW DO WE MEASURE UP?

**PLEASE CHECK ONE:**

|  | YES | NO |
|---|---|---|
| Were you greeted when you entered the store? | ☐ | ☑ |
| Were you able to easily identify our employees? | ☑ | ☐ |
| Did you receive assistance when you needed it? | ☑ | ☐ |
| Did we have the products you needed? | ☑ | ☐ |
| Did our product quality meet your expectations? | ☑ | ☐ |
| Did we offer the services you needed? | ☑ | ☐ |
| Did we thank you for your business? | ☑ | ☐ |
| Will you continue to shop at SBS? | ☑ | ☐ |

**PLEASE RATE US ON THE FOLLOWING:**

|  | EXCELLENT | GOOD | FAIR | POOR |
|---|---|---|---|---|
| Appearance of employees | ☐ | ☑ | ☐ | ☐ |
| Politeness & helpfulness of employees | ☑ | ☐ | ☐ | ☐ |
| Knowledge level of employees | ☑ | ☐ | ☐ | ☐ |
| Cleanliness/Appearance of store | ☐ | ☑ | ☐ | ☐ |

## SUGGESTIONS/COMMENTS:

*Two employees, Tom & Susie helped me with paint for my house. Their help was exeptional! Polite, fun, and their knowledge was great! Their patience and time spent with me over & over, will be remembered!*

*Thank you to them again! Lyn*

---

# spenard builders supply

July 22, 1997

Dear Susie,

I recently received another comment card from another happy Fairbanks customer praising your service efforts.

As competition increases, how well we treat our customers becomes even more important to our continued success.  The definition of exceptional service is as unique as each individual.  It is our challenge, and our greatest opportunity, to determine and provide this for every customer.  You have obviously succeeded in doing so for Lyn Childress.

I am enclosing a token of our appreciation and would like to add my personal "thanks" again for your success in providing exceptional customer service.

Sincerely,

Michael R. Morehouse
President

cc:  Ray Foster
      Personnel file

840 "K" Street, Suite 200, Anchorage Alaska 99501

 

# Our Customers Say It Best...

> "Susie goes the extra distance for customer satisfaction."
> Dennis & Cheryl Adamyk

Susie, ultimately the customer decides the fate of our business and his or her satisfaction is of paramount importance. It takes time and effort to write what this customer wrote, so I'm sure the service you gave Dennis & Cheryl is not unique. Your actions exemplify the kind of service that distinguishes SBS from our competitors.

Thanks for your exceptional customer service.

Sincerely,

Ed Waite
President Spenard Builders Supply, Inc.

cc:   Ray Foster, Branch Manager
       Personnel File - Susie Hurst

840 K Street, Suite 200, Anchorage, AK  99501

At Spenard Builders Supply our goal is to provide you with the best in service, quality, selection and value every time you visit one of our stores. The measure of our success is your satisfaction which makes your feedback very important to us.

We are committed to giving you "what it takes to get **your** job done" so your suggestions for improvement are always welcome. Since living up to this commitment depends upon our people, we also appreciate hearing from you regarding their individual efforts.

Please take a few moments to complete and return this postage paid reply card. We welcome your comments and appreciate your business.

**Thank you!**

*M.R. Morehouse*

**Michael R. Morehouse**
Executive Vice President/General Manager

## NAME & ADDRESS

Your name and address are optional, but they will allow us to give a personal response to your comments when it is appropriate:

NAME: _Margaret J. Carlson_

ADDRESS: _Postal 953_

CITY: _Dolla Jot_  STATE _AK_ ZIP: _99737_

TELEPHONE: _907 895 4819_

---

Store Location: _Tok Junction_

Date: _6-12_   Time: _11ish_

## HOW DO WE MEASURE UP?

PLEASE CHECK ONE:

|  | YES | NO |
|---|---|---|
| Were you greeted when you entered the store? | ☒ | ☐ |
| Were you able to easily identify our employees? | ☐ | ☐ |
| Did you receive assistance when you needed it? | ☒ | ☐ |
| Did we have the products you needed? | ☒ | ☐ |
| Did our product quality meet your expectations? | ☐ | ☐ |
| Did we offer the services you needed? | ☒ | ☐ |
| Did we thank you for your business? | ☒ | ☐ |
| Will you continue to shop at SBS? | ☒ | ☐ |

PLEASE RATE US ON THE FOLLOWING:

|  | EXCELLENT | GOOD | FAIR | POOR |
|---|---|---|---|---|
| Appearance of employees | ☒ | ☐ | ☐ | ☐ |
| Politeness & helpfulness of employees | ☒ | ☐ | ☐ | ☐ |
| Knowledge level of employees | ☒ | ☐ | ☐ | ☐ |
| Cleanliness/Appearance of store | ☐ | ☒ | ☐ | ☐ |

## SUGGESTIONS/COMMENTS:

_Susie - greeted me (first time this happened). She seemed to have 100% of the info I needed PLUS gave me a few extra tips on my project! Great!_

---



# spenard builders supply

840 "K" Street, Suite 200
Anchorage, Alaska 99501

MICHAEL R. MOREHOUSE
PRESIDENT

July 17, 1996

Dear Susie,

Just a note to let you know that we continue to receive positive customer feedback regarding your service efforts. Attached is a copy of the most recent comment card I received.

Ray mentioned that you've been out due to surgery. I hope all went well and that you have a speedy recovery. I know you're missed by everyone at the store and our customers alike.

Thanks again for your outstanding customer service efforts. We feel very fortunate to have you as a member of the SBS team.

cc: Personnel File
    Ray Foster

TELEPHONE 907 / 261-9120 · FAX 907 / 261-9142

  

# Our Customers
# Say It Best...

"Susie in the paint department, was exceptionally helpful to me. Her matching of an old paint formula was awesome."

Thanks Susie,

Carole Hemphill

Susie, ultimately the customer decides the fate of our business and his or her satisfaction is of paramount importance. It takes time and effort to write what this customer wrote, so I'm sure the service you gave Carole is not unique. Your actions exemplify the kind of service that distinguishes SBS from our competitors.

Thanks for your exceptional customer service.

Sincerely,

Ed Waite
President Spenard Builders Supply, Inc.

cc:   Ray Foster, Branch Manager
      Personnel File - Susie Hurst

840 K Street, Suite 200, Anchorage, AK  99501

# On The Level

Jan/Mar 2004 • Vol. 109

---

A Bimonthly Newsletter Published for the Employees of Spenard Builders Supply

# The Challenge of Being Successful

With the rewards of success comes the responsibility to continue that success. That is what we are faced with each year. We look at ourselves, our customers and our community to see if we need to make changes to improve on what we already do so well.

Our overall mission as a company is something that does not change from year to year. It is what we want to be as a company long-term. Our mission, to put it simply, is to offer a range of quality building material products and services to meet the needs of our customers (consumers and contractors) and to provide a return to our shareholders comparable with the top performing companies in our industry. We accomplish our mission while adhering to our core values.

In order to remain successful we must continue to change, evolve and improve. This is true because the business environment in which we operate continues to change. Our customers' needs change. Technology evolves and our products and construction techniques improve. We also must have the wisdom to know what we must not change.

If you read our Statement of Values, it gives you an indication of how SBS has been able to achieve success through fifty two years of constant change. They encompass ethics, service, profitability, safety, human resources, individualism,

teamwork, distributive authority, and environment. Taken individually, they are strong statements. Taken collectively, they define SBS as a company. They define the people who make up Spenard Builders Supply.

I believe that success breeds success and complacency leads to eventual failure. This means that we must continue to be exceptionally good at fostering customer relationships and providing great customer service. We must be the best at purchasing, manufacturing and distributing quality building materials throughout the State of Alaska. We must continue to develop and motivate exceptional employees and provide a

safe working environment and culture of safety and we must manager our assets profitably.

It takes land, buildings, trucks, forklifts and equipment to do this, but that is the easy part. What makes Spenard Builders Supply different and what makes us Successful is when you add a team of well trained and motivated people guided by the SBS philosophy of sales, service, teamwork and management. I am proud of the SBS team and feel confident of our future success because of our team.

*Ed Waite*

President

## Exceptional Customer Service

| | | |
|---|---|---|
| Alan Adrian, Eagle River | Tony Rodriguez, Kenai | Joseph Crump, Seward |
| Jeff Bryant, Eagle River | Lisa Nugent, Kenai | Morgan Buffington, Seward |
| Leigh Steiger, Eagle River | David Sumera, Kodiak | Chris Pryor, Sitka |
| Susie Montalbano, Fairbanks | Manual Penera Jr., Kodiak | Soldotna Store |
| John Hautman, Fairbanks | Raymundo Basuel, Kodiak | Dave Martin, Soldotna |
| Alan Schreiber, Fairbanks | Bob Borger, Kodiak | Scott Boensch, Wasilla |
| Pam Thomson, Fairbanks | Stefan Macahilas, Kodiak | Wasilla Accounting |
| MaryEllen Swanson, Fairbanks | Jim Sheehan, Seward | Department |
| Linda Jabas, Homer | Lori Swann, Seward | Curt Lindner, Wasilla |
| Lisa Haakenson, Kenai | Mitch McDevitt, Seward | Mike Dablemont, Wasilla |
| Eric Parnell, Kenai | Glen Madsen, Seward | Dave Bauman, Wasilla |
| | Jason Newman, Seward | |

*President's Award*

Congratulations to the above SBS employees who received letters of commendation for Exceptional Customer Service since our last ON-THE-LEVEL. These letters are presented as the result of a customer feeling so strongly about the quality of service provided by an individual that they have taken the time and effort to tell us about it. These customer service efforts deserve special recognition. THANK YOU to all of you for a job very well done and for representing Spenard Builders Supply in a most professional manner!

*Ed Waite*

President



# On The Level

December 2005 • No. 114

A Quarterly Newsletter Published for the Employees of Spenard Builders Supply

## A Record To Be Proud Of



We are completing another successful year at Spenard Builders Supply. This year marks the 18th straight year of sales growth. Our profit and return on investment continues to be among the top in our industry. It is something we should feel good about, but, at the same time, we can not be complacent. Each year it takes a tremendous effort from our great people.

I thought it would be interesting to review who we are at Spenard Builders Supply and why we are successful because we do certain things better than our competition. We call these our key success factors. These are functions that we must perform exceptionally to be successful. In our case we must be exceptionally good at the following activities:

- Customer Service anywhere in the State of Alaska.
- The ability to purchase quality products that work for Alaska.
- The logistics of getting these products to Alaska and then to the job site.
- The manufacture of value added components (Millwork, Trusses, Wall and Floor Panels and Framing).
- The ability to hire, develop and motivate exceptional employees.
- The existence of a culture of safety.

This enables us to continually meet our corporate mission, which is to provide products and services to residential and commercial contractors, consumers and business and institutional customers through our branches, our millwork shops, our truss plants, our distribution centers, our panel plant and our Pro-Services operation. By supplying customers with quality products and services at competitive prices, acting as an effective distributor for our vendor base, and affording opportunities for our employees to grow and prosper. SBS will provide a return to shareholders comparable to the top performers in the industry while operating in a manner which supports the communities in which we reside and the environment in which we live.

That's a mouthful, but, in the end, our most important competitive advantage is you, the people of SBS. Your knowledge, energy, aggressiveness and experience are the back bone of our success.

continued on page 2

## Exceptional Customer Service



President's Award

Lisa Haakenson, Kenai
Stephanie Haakenson, Kenai
Jodee Young, Kenai
Shirley Callahan, Kenai
Charlie Papp, Kenai
Judy Klok, Kenai
Kurt Braun, Kenai
Les Little, Kenai
Jack Strong, Rural Sales
Jay McDaniel, Wasilla
Ivan Hulin, Wasilla

Dan Graham, Lois Drive
Dale Pauling, Wasilla
Aaron Kern, Wasilla
Maelynne Hunt, Wasilla
Doug Boitz, Big Lake Truss Plant
Mike McKeever,
   Big Lake Truss Plant
Ken Crawford, Big Lake
James White, Big Lake
Susie Montalbano, Fairbanks
Patrick McCormack, Lois Drive
James AaModt, Lois Drive

Bo Abbott, Lois Drive
Mike Valentine, Lois Drive
Ed Fraize, Lois Drive
Sean Dexter, Lois Drive
Doug Doyle, Lois Drive
Barbara Russell, Lois Drive
Scott Karpuleon,
   Lois Drive Millwork
Levi Althens,
   Lois Drive Millwork
Jamie DeHart, Palmer
Tiffany Hinson, Palmer

Russell Coxey, Galco
Mike Cuilla, Galco
Mike Janousek, Galco
David Proper, Galco
Veronica Rochon, Eagle River
Scott Larson, Eagle River
Rick Abbott & Staff, Soldotna
SBS Seward
Steve Owens, Homer
Harold Edmunds, Kodiak
Daisy Braga, Kodiak
Rey Suyat, Kodiak

Congratulations to the above SBS employees who received letters of commendation for Exceptional Customer Service since our last On The Level. These letters are presented as the result of a customer feeling so strongly about the quality of service provided by an individual that they have taken the time and effort to tell us about it. These customer service efforts deserve special recognition. THANK YOU to all of you for a job very well done and for representing Spenard Builders Supply in a most professional manner!

*Ed Waite*

# OnThe

Jan/Mar 2004 • Vol. 109

# Level

A Bimonthly Newsletter Published for the Employees of Spenard Builders Supply



# The Challenge of Being Successful

With the rewards of success comes the responsibility to continue that success. That is what we are faced with each year. We look at ourselves, our customers and our community to see if we need to make changes to improve on what we already do so well.

Our overall mission as a company is something that does not change from year to year. It is what we want to be as a company long-term. Our mission, to put it simply, is to offer a range of quality building material products and services to meet the needs of our customers (consumers and contractors) and to provide a return to our shareholders comparable with the top performing companies in our industry. We accomplish our mission while adhering to our core values.

In order to remain successful we must continue to change, evolve and improve. This is true because the business environment in which we operate continues to change. Our customers' needs change. Technology evolves and our products and construction techniques improve. We also must have the wisdom to know what we must not change.

If you read our Statement of Values, it gives you an indication of how SBS has been able to achieve success through fifty two years of constant change. They encompass ethics, service, profitability, safety, human resources, individualism,

teamwork, distributive authority, and environment. Taken individually, they are strong statements. Taken collectively, they define SBS as a company. They define the people who make up Spenard Builders Supply.

I believe that success breeds success and complacency leads to eventual failure. This means that we must continue to be exceptionally good at fostering customer relationships and providing great customer service. We must be the best at purchasing, manufacturing and distributing quality building materials throughout the State of Alaska. We must continue to develop and motivate exceptional employees and provide a

safe working environment and culture of safety and we must manager our assets profitably.

It takes land, buildings, trucks, forklifts and equipment to do this, but that is the easy part. What makes Spenard Builders Supply different and what makes us Successful is when you add a team of well trained and motivated people guided by the SBS philosophy of sales, service, teamwork and management. I am proud of the SBS team and feel confident of our future success because of our team.

*Ed Waite*

President

## Exceptional Customer Service

| | | |
|---|---|---|
| Alan Adrian, Eagle River | Tony Rodriguez, Kenai | Joseph Crump, Seward |
| Jeff Bryant, Eagle River | Lisa Nugent, Kenai | Morgan Buffington, Seward |
| Leigh Steiger, Eagle River | David Sumera, Kodiak | Chris Pryor, Sitka |
| Susie Montalbano, Fairbanks | Manual Penera Jr., Kodiak | Soldotna Store |
| John Hautman, Fairbanks | Raymundo Basuel, Kodiak | Dave Martin, Soldotna |
| Alan Schreiber, Fairbanks | Bob Borger, Kodiak | Scott Boensch, Wasilla |
| Pam Thomson, Fairbanks | Stefan Macahilas, Kodiak | Wasilla Accounting |
| MaryEllen Swanson, Fairbanks | Jim Sheehan, Seward | Department |
| Linda Jabas, Homer | Lori Swann, Seward | Curt Lindner, Wasilla |
| Lisa Haakenson, Kenai | Mitch McDevitt, Seward | Mike Dablemont, Wasilla |
| Eric Parnell, Kenai | Glen Madsen, Seward | Dave Bauman, Wasilla |
| | Jason Newman, Seward | |

**President's Award**

Congratulations to the above SBS employees who received letters of commendation for Exceptional Customer Service since our last ON-THE-LEVEL. These letters are presented as the result of a customer feeling so strongly about the quality of service provided by an individual that they have taken the time and effort to tell us about it. These customer service efforts deserve special recognition. THANK YOU to all of you for a job very well done and for representing Spenard Builders Supply in a most professional manner!

*Ed Waite*

President



**Spenard Builders' Supply**

2005

## SUPERVISOR PERFORMANCE REVIEW

The Performance Review process is a time to recognize accomplishments and discuss overall performance and development opportunities. It is also a time to look at prior year's goals and to establish new individual goals that are in line with location and overall strategic plans.

**Location:** FBKS

**Employee Name:** SUSIE MONTALBANO

**Job Title:** Floor Supervisor

**Time in the job:** - 2 YEARS -

Describe the job duties, assignments and major responsibilities for the review period.

1) Run store Floor /customer service
2) Assist fellow employees -
3) Organize and execute functions / promotions
4) Mix paint
5) work closely with PM & PIC.

Goal and objective accomplishment. Indicate actual performance as measured against the job assignments and major responsibilities during this review period.

| Goals | Accomplishments |
|-------|-----------------|
| 1) management training | 1) see ici |
| 2) Increase sani) (few octagon employees | 2) all but one — |
| 3) improve inventory storing | 3) Brought Rostinoldrup. |
| 4) Plan events | 4) Bag sale was done by Susie. |
| 5) meet with PM more. | 5) is meeting more |

Complete this section using the following ratings. Comments are necessary to support the rating given.

E – exceeds expectations                    M – meets expectations                    N – needs more time/training/attention

| | Performance Factor | Rating | Supporting Comments |
|---|---|---|---|
| 1 | **Safety:** promotes safety by working safely; follows safety guidelines, uses personal protective equipment; attends safety meetings; assures employees are trained and leads by example. (Review claims and accidents) | E | works w/safety committee/no accidents works @ pointing out and correcting safety issues. |
| 2 | **Customer Focus:** understands customer needs; makes customers and their needs a primary focus; solves customer problems; provides consistent service and follow through; develops and sustains productive customer relationships. | E | consistantly has customers telling me how wonderful her customer service is. |
| 3 | **Organization:** ability to arrange workload, plan and establish priorities, delegate work, meet deadlines and follow jobs through to completion. | N | Needs to continue working on organizing her people - delegating work and establishing their priorities. |
| 4 | **Effective Communication:** ability to effectively speak, write, and listen to customers, subordinates and supervisors. Ability to interact cooperatively with people in the immediate work group; other departments and branches and the entire organization. | N | works well with customers need to see more communication w/the her team of employees. Establish performance goals for her people |
| 5 | **Flexibility:** ability to adapt to changes in procedures and assignments, learns and functions well under a variety of situations and circumstances (including stressful ones), shows patience in the face of demands, and is able and willing to assist in a crisis situation. | M | |
| 6 | **Decision Making/Problem Solving:** evaluates information and compares alternatives leading to sound decisions. Defines the problem carefully, assembles and analyzes information and takes actions consistent with available facts, constraints and probable consequences. | M | |
| 7 | **Job Knowledge:** demonstrates understanding of job, work procedures and equipment necessary to successfully perform assigned tasks and this position responsibly. | N | Steve need to keep working on learning how to manage & store more knowledge, promotions, communicating with employees |

United States v. Montalbano
Case No. 4:04-cr-047-TWH

2005 supervisor performance review

Exhibit A
Page 22 of 26

| # | Category | Rating | Comments |
|---|----------|--------|----------|
| 8 | **Judgment/Following Procedures:** the degree to which good judgment is used in selecting the best course of action when dealing with a difficult situation or decision; uses logical thinking to foresee consequences of actions; uses discretion in the handling of confidential information; and distinguishes between situations appropriate to handle or those requiring referral to another person. | M | can solve most challenges that come her way - understands the SBS procedures |
| 9 | **Quality of Work:** performs responsibilities effectively; demonstrates accuracy, precision, neatness, completeness and timeliness in handling assigned tasks. This is an evaluation of the end result. | M | completes a task when given - |
| 10 | **Reliability:** the level of dependability or predictability in terms of performance, conduct, attendance, and punctuality. | E | is a good example for others - |
| 11 | **Performance Standards/Feedback** – the ability to set and communicate performance standards to employees; ability to evaluate employees on measurable results; ability to conduct effective appraisals. Takes responsibility for 60-day appraisal, raise recommendations and follow up actions. Provides positive reinforcement and takes appropriate corrective action when performance issues arise. | N | is learning how to communicate performance expectations with the employees - Delegating tasks to others - Has good follow-up w/ 60 day appraisals - |
| 12 | **Employee Relations:** ability to effectively relate to employees, share information, listen and respond, allow participation and recognize accomplishments. | M | |
| 13 | **Teamwork:** ability to create a cohesive team and productive work group, organized around clear roles, purposes and goals. Ability to create and foster a cooperative work atmosphere. | M | see #11 |
| 14 | **Overall Performance:** How does the employee's work measure up? | M | See appraisal comments - |

Goal and Development Planning: In this section, the appraiser and the employee will discuss opportunities for growth during the upcoming review period (2005 – 2006).  These goals should include performance goals – how the employee will improve job performance or assist with the overall location goals and objectives; and developmental goals – areas for professional growth such as classes, seminars, Tools for Success, product knowledge, etc.  This is the opportunity to discuss where the employee wants to go and how we can help the employee get there.

**Performance Goals**

1. B/, S million
2. Raise Octagon sales to 6,700 combined
3. Improve merchandising by changing Endcaps more frequently
4) Stay involved in all store areas
5) work more closely w/ PIC & PA

**Developmental Goals**

1. more management training
2. Finish ICF training courses
3. Have all your sales people take CareMtest & Tools for Success tests
7. Develop a reading habit –

Performance Review Summary:  overall comments about the employee's performance during this review period and contributions to SBS.

Susie has shown a keen desire to become a good floor supervisor. In order to do that there are a number of areas she is anxious to improve in. It is for that reason I have listed several areas with "N." We will be working with Susie in those areas. In a very real sense

Performance Review Summary  (continued)

we are raising the level of the bar we use to judge her performance. Susie understands our expectations. We will continue to monitor the areas where better performance is expected.

_Richard Shaw_
Appraiser's Signature

3/7/05
Date

Employee's Comment(s):



I enjoy working for Spencerds. My management pushes me to excel and learn and apply my skills to better myself and this company. I think this Evaluation has helped me and Given me some direction on where I need to Place my goals in order to achieve them.

_____    3-7-05
Employee's Signature              Date

2005 supervisor performance review

United States v. Montalbano
Case No. 4:04-cr-047-TWH

Exhibit A
Page 25 of 26



Presented To

# *Susie Montalbano*

for service to your branch and Spenard Builders Supply.
Recognizing your effort promoting safety through
voluntary participation on your store's Safety Committee for 2005

*Presented This 8ᵗʰ Day of March, 2006*

*Ed Waite*
_____
President – Spenard Builders Supply