**Alaska Online Defensive Driving**
30101 Agoura Court, Suite #150 • Agoura Hills, CA 91301
**Completion Certificate**

This certifies that **Susie Montalbano** declares under penalty of perjury that the Alaska Online Defensive Driving program was completed without any assistance whatsoever.

Issuing court of : **Volunteer**             Completion Date: **2006-04-24 17:54:53**

Citation number:                             Due Date:

Drivers License: **6835029**                 No. **1966**

Student Name and Address:

Susie Montalbano
1221 Bainbridge Blvd.
Fairbanks, AK 99701

Authorized Signature - The On-Line Traffic School, Inc.

United States v. Montalbano                                    Exhibit B
Case No. 4:04-cr-047-TWH                                       Page 1 of 2

