


# Certificate of Appreciation
## *Task Force 2-1 (SBCT)*

*is awarded to:*

SUSIE MONTALBANO

for

**Thank you for your outstanding support of Task Force 2-1's Family Readiness Groups. Your hard work and dedication to the Army and its Soldiers and families were essential to our transformation and will serve our Task Force well during our future combat deployment.**

_____
**HECTOR DAVILA**
CSM, USA
Battalion Command Sergeant Major

*"ALWAYS FIRST!"*

_____
**CHARLES R. WEBSTER JR.**
LTC, IN
Battalion Commander