M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 4:05-cr-0047-TWH |
| vs. | **NOTICE OF FILING LETTER** |
| SUSAN M. MONTALBANO, | |
| Defendant. | |

Defendant, Susan M. Montalbano, by and through counsel M. J. Haden, Staff

Attorney, hereby files for the court's consideration a letter to the court from Robert B.

Downes on behalf of Ms. Montalbano.

///

///

///

///

///

DATED this 18th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 18, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Eve C. Zamora, Esq.

/s/ M. J. Haden