July 17, 2006

Re:   Susie Montalbano

To Whom it May Concern:

I have known Susie Montalbano for many years. I have had occasion to work with her professionally. I also know her socially, as she worked with my brother at Spenard Builder's Supply. Ms. Montalbano is a most engaging, intelligent and capable person who has the ability to have insight into her own problems, to resolve those problems, and to learn from any mistakes she may have made. I have always known Susie to be honest and straightforward, with a good sense of right and wrong.

She has always been a diligent and tireless worker, and is well respected by her peers. One can place a great amount of trust in her work and her willingness to meet any and all goals that are set for her.

Sincerely,

Robert B. Downes