**DEBORAH M. SMITH**
Acting United States Attorney

**Eve C. Zamora**
Special Assistance U. S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907) 353-6561-6510
Fax: (907) 353-6501
MN Bar: 0297859

**Attorneys for the Plaintiff**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | Case No. 4:05-cr-00047-TWH-1 |
| **Plaintiff,** | ) | |
| | ) | **GOVERNMENT'S** |
| vs. | ) | **SENTENCING** |
| | ) | **MEMORANDUM** |
| **SUSAN M. MONTALBANO** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

COMES NOW, the United States of America, by and through undersigned counsel, and submits its sentencing memorandum concerning defendant, Susan M. Montalbano, as follows:

**Government's Recommendation**

Based on the Presentence Investigation Report and the Addendum to the Report, the United States recommends the Court impose probation for one year pursuant to 18 U.S.C. § 3561, expressly including the mandatory conditions set forth in 18 U.S.C. § 3563(a). In addition, it is recommended that the Defendant undergo psychiatric or psychological assessment and any recommended treatment pursuant to 18 U.S.C. §

3563(b)(9). Lastly, the United States recommends that the Defendant perform fifty hours of community service pursuant to 18 U.S.C. § 3563(b)(12).

    RESPECTFULLY SUBMITTED this 18th day of July 2006.

                                      DEBORAH M. SMITH
                                      Acting United States Attorney

                                      /s/Eve C. Zamora
                                      EVE C. ZAMORA
                                      Special Assistant U.S. Attorney
                                      101 12th Avenue, Room 310
                                      Fairbanks, Alaska 99701
                                      Telephone: (907)353-6561/6510
                                      Fax:(907)353-6501
                                      Eve.zamora@wainwright.army.mil
                                      MN Bar: 0297859

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2006,
A copy of the foregoing **GOVERNMENT'S SENTENCING MEMO** was served via Electronic Filing on:

M.J. Haden,
Federal Public Defender

/s/Eve C. Zamora